# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**

v.  **JURY TRIAL**

**ROSEMBERG MAJANO**  Case No. 1:17CR204
**JOSE ALEJANDRO ORELLANA MONTALVO**

---

| | |
|---|---|
| HONORABLE LIAM O'GRADY, presiding | Court Reporter:  N. Linnell |
| Proceeding Held:  November 29, 2017 | Court Time:  9:22 – 9:33 |
| Deputy Clerk:  Amanda | 9:41 – 10:42 |
| | 11:04 – 12:30 |
| | 1:44 – 3:35 |
| | 4:01 – 4:27 |
| | 4:35 – 4:42 |
| | 4:56 – 5:54 |
| | Total Time in Court:  6 hrs. |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Thomas Traxler, Dennis Fitzpatrick |
| ROSEMBERG MAJANO in person and by: | Dwight Crawley |
| JOSE MONTALVO in person and by: | Gregory English |
| INTERPRETER:  Maria Horvath and Ana Lefebvre | ☒ Interpreters Sworn (previously) |

---

## Day 2
9:22 a.m. – Court resumes.
9:23 a.m. – Mr. Crawley discusses preliminary matters with the Court. Mr. English joins in with Mr. Crawley's objection as to the testimony of witness Martinez. Mr. Traxler responds. Court makes ruling as to the testimony of witness.
9:33 a.m. – Court recesses.
9:41 a.m. – Court resumes. Court and counsel wrap up preliminary discussions about testimony of witness.
9:43 a.m. – Jury returns to the courtroom.
9:45 a.m. – Mr. Fitzpatrick calls witness **Bryan Brunner**. Witness sworn. Begin direct-exam.
9:51 a.m. – The record reflects that the witness identifies the defendant, Montalvo, in the courtroom.
9:54 a.m. – Witness excused.
9:56 a.m. – Mr. Traxler calls witness **Domiciano Martinez**. Witness sworn. Begin direct-exam.
10:02 a.m. – The record reflects that the witness identifies both defendant, Majano and Montalvo, in the courtroom.
10:31 a.m. – Mr. Crawley begins cross-exam.
10:39 a.m. – Mr. English begins cross-exam.
10:40 a.m. – Witness excused subject to recall.
10:42 a.m. – Jury excused. Court recesses.

11:04 a.m. – Court resumes. Jury returns to the courtroom.
11:06 a.m. – Mr. Traxler calls witness **SA Michael Tarantino**. Witness sworn. Begin direct-exam.
11:08 a.m. – The record reflects that the witness identifies the defendant, Majano, in the courtroom.
11:13 a.m. – The record reflects that the witness identifies defendant, Montalvo, in the courtroom.
12:19 p.m. – Mr. Crawley begins cross-exam.
12:23 p.m. – Mr. English begins cross-exam.
12:27 p.m. – Witness excused.
12:28 p.m. – Jury excused.
12:30 p.m. – Court recesses.
1:44 p.m. – Court resumes.
1:45 p.m. – Jury returns to the courtroom.
1:47 p.m. – Mr. Fitzpatrick calls witness **SA Michael Honicker**. Witness sworn. Begin direct-exam.
2:08 p.m. – Witness excused.
2:15 p.m. – Government rests their case.
2:15 p.m. – Jury excused.
2:18 p.m. – Defendant Majano has decided not to testify.
2:22 p.m. – Jury returns to the courtroom.
2:22 p.m. – Mr. Crawley rests his case at this time.
2:22 p.m. – Mr. English calls witness and defendant **Jose Alejandro Orellana Montalvo**. Witness sworn. Begin direct-exam.
2:46 p.m. – Mr. Fitzpatrick begins cross-exam.
3:31 p.m. – Mr. English begins re-direct.
3:34 p.m. – Witness excused.
3:35 p.m. – Jury excused.
3:35 p.m. – Court recesses.
4:01 p.m. – Court resumes. Court and counsel discuss preliminary matters.
4:02 p.m. – Jury returns to the courtroom.
4:05 p.m. – Mr. English calls witness **Fernando Cardozo**. Witness sworn. Begin direct-exam.
4:06 p.m. – Mr. Traxler begins cross-exam.
4:07 p.m. – Witness excused.
4:09 p.m. – Mr. English calls witness **Abby Getachew (Womdekidan)**. Witness sworn. Begin direct-exam.
4:11 p.m. – Witness excused.
4:14 p.m. – Mr. English calls witness **Kenneth Starling.** Witness sworn. Begin direct-exam.
4:15 p.m. – Mr. Traxler begins cross-exam.
4:16 p.m. – Witness excused.
4:18 p.m. – Mr. English calls witness **Yunia Rivera**. Witness sworn. Begin direct-exam.
4:21 p.m. – Witness excused.
4:23 p.m. – Mr. English calls witness **Margaret Starling.** Witness sworn. Begin direct-exam.
4:25 p.m. – Witness excused.
4:27 p.m. – Jury excused and court recesses.
4:35 p.m. – Court resumes. Mr. English rests and renews Rule 29 motion. Motion denied. Mr. Crawley renews his Rule 29 motion. Motion denied.
4:37 p.m. – Court and counsel discuss jury instructions.
4:42 p.m. – Court recesses.
4:57 p.m. – Court resumes. Court and counsel discuss jury instructions.
5:02 p.m. – Jury returns to the courtroom. Mr. English rests. Evidence concluded.
5:03 p.m. – Court provides jury instructions.
5:53 p.m. – Jury excused.
5:54 p.m. – Court recesses.