IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division
(Criminal)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No.: 1:17CR00204-LO |
| | ) | |
| | ) | |
| ROSEMBERG MAJANO | ) | |
| Defendant | ) | |

## NOTICE OF APPEAL

COMES NOW, the Defendant, ROSEMBERG MAJANO, by and through court appointed Criminal Justice Act (CJA) counsel, Dwight E. Crawley, and appeals the Judgment in a Criminal Case filed by this court on March 30, 2018. The defendant was sentenced on March 30, 2018. The defendant was sentenced, in part, as follows:

**GUILTY AS TO THE FOLLOWING COUNTS:**

Conspiracy to Import One Kilogram or More of Heroin and Five Hundred
Grams or More of Cocaine... 21 U.S.C. §§ 963, 960(a), 952(a) (Count 1)

Importation of One Kilogram or More of Heroin... 21 U.S.C. §§ 952(a), 960(a)
(Count 2)

Importation of Five Hundred Grams or More of Cocaine... 21 U.S.C. §§ 952(a), 960(a)
(Count 3)

Conspiracy to Possess with Intent to Distribute One Kilogram or More of
Heroin and Five Hundred Grams or More of Cocaine... 21 U.S.C. §§ 846, 841(a)(1)
(Count 4)

**SENTENCED TO, in Part:**

ONE HUNDRED TWENTY-ONE (121) MONTHS of incarceration, with credit for time served on Counts One, Two, Three and Four..., all to be served concurrently.

Counsel for Mr. Majano was appointed pursuant to the Criminal Justice Act.

Defendant Majano is indigent and requests appointment of counsel to handle his appeal.

CJA: NO FEE

>Respectfully submitted
>ROSEMBERG MAJANO
>
>/s/
>_____
>Dwight E. Crawley, Esq.
>Virginia Bar # 43969
>CJA Attorney for Rosemberg Majano
>Law Office of Dwight E. Crawley
>1300 I. Street, NW
>Suite 400E
>Washington, DC 20005
>(202) 580-9794 Phone
>(202) 722-0246 Fax
>vadclawyer@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties of record.

>/s/
>_____
>Dwight E. Crawley, Esq.
>Virginia Bar # 43969
>CJA Attorney for Rosemberg Majano
>Law Office of Dwight E. Crawley
>1300 I. Street, NW
>Suite 400E
>Washington, DC 20005
>(202) 580-9794 Phone
>(202) 722-0246 Fax
>vadclawyer@gmail.com